BELLINGHAM BAY IMPROVEMENT COMPANY *v.* NEW WHATCOM. SAME *v.* SAME. Nos. 97 and 98. Argued with No. 96.

MR. JUSTICE BREWER. These cases involve the same questions, and the same judgments of affirmance will be entered in them.